**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1137**

RONALD LUBER,

        Plaintiff - Appellant,

    v.

PHILIP CAROOM,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:13-cv-03351-WMN)

Submitted:  April 24, 2014      Decided:  April 29, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Luber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Luber appeals the district court's order dismissing his complaint pursuant to 28 U.S.C. § 1915(e) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Luber v. Caroom, No. 1:13-cv-03351-WMN (D. Md. Jan. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED